UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-23726-GAYLES

**MARGARET GUEVARA a/k/a**
**DEPASS PADIN,**
          **Plaintiff,**

    v.

**MARK PADIN, et al.,**
          **Defendants.**
_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff Margaret Guevara's Emergency Second Motion for Leave to Proceed *in forma pauperis* [ECF No. 13] and Emergency Motion for Reconsideration [ECF No. 15]. Guevara seeks reconsideration of this Court's Order dismissing her Amended Complaint and denying two other motions for leave to proceed *in forma pauperis* (one of which was also designated an "emergency") [ECF No. 12].

"[R]econsideration of a previous order is an extraordinary remedy, to be employed sparingly." *Williams v. Cruise Ships Catering & Serv. Int'l, N.V.*, 320 F. Supp. 2d 1347, 1358 (S.D. Fla. 2004). The only grounds for granting a motion for reconsideration, pursuant to Federal Rule of Civil Procedure 59(e), are (1) an intervening change in controlling law; (2) the availability of new evidence; or (3) the need to correct manifest errors of law or fact. *See Douglas Asphalt Co. v. QORE, Inc.*, 657 F.3d 1146, 1151-52 (11th Cir. 2011); *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007). "A motion for reconsideration is not an appeal, and thus it is improper on a motion for reconsideration to ask the Court to rethink what the Court has already thought through—rightly or wrongly." *Siegmund v. Xuelian*, No. 12-62539, 2016 WL 3186004, at *1 (S.D. Fla. June 8, 2016) (citation omitted).

Although Guevara argues with more force that this Court should allow her claims to proceed, her motion is nothing more than an attempt to relitigate the Court's previous order dismissing her Amended Complaint. "[A] Rule 59(e) motion [cannot be used] to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment." *Michael Linet, Inc. v. Village of Wellington*, 408 F.3d 757, 763 (11th Cir. 2005). The Court finds that she has failed to satisfy any of the grounds that would justify reconsideration. Therefore, it is

**ORDERED AND ADJUDGED** that the Plaintiff's Emergency Motion for Reconsideration [ECF No. 15] is **DENIED**, and the Plaintiff's Emergency Second Motion for Leave to Proceed *in forma pauperis* [ECF No. 13] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of November, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE